## Jamal GROSS, Plaintiff–Appellant

v.

### Warden NFN RIOS; Dr. Amy Bonchner; Michael Isaacson; Pam Agrimson, Defendants–Appellees.

#### No. 12–2112.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 25, 2012.

Filed: Nov. 5, 2012.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

[Unpublished]

PER CURIAM.

Former federal inmate Jamal Gross appeals the district court's [1] preservice dismissal of his complaint for failure to state a claim. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. *See Ellis v. Norris,* 179 F.3d 1078, 1079 (8th Cir.1999) (complaint must allege facts supporting any individual defendant's personal involvement or responsibility for constitutional violations). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.